17344. WESTERN & ATLANTIC RAILROAD *v.* DOBBS.

STEPHENS, J. This case is controlled by the decision in the case of *Western & Atlantic Railroad* v. *Dobbs*, ante, 516.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 28, 1927.

For description of case and names of counsel, see the preceding case.

---